# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jimmie Devany, et al., | No. CV-24-08188-PCT-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| Expert Consulting and Management LLC, | |
| Defendant. | |

Before the Court is the parties' Stipulation for Dismissal (Doc. 19).

**IT IS ORDERED** granting the parties' Stipulation for Dismissal (Doc. 19).

**IT IS FURTHER ORDERED** dismissing this action in its entirety with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 12th day of May, 2025.

_____
G. Murray Snow
Senior United States District Judge